IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: IAN C & MEGHAN D BARCLAY         )
                                        )
Wells Fargo Bank, N.A.,                 )
         Creditor,                      ) CASE NO. 10B10733
                                        ) JUDGE Pamela S. Hollis
    vs.                                 )
                                        )
IAN C & MEGHAN D BARCLAY,               )
         Debtors                        )
```

**OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and requests that Confirmation be denied, stating as follows:

1. On March 12, 2010, the debtors filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. Wells Fargo Bank, N.A. services the mortgage lien on the real property commonly known as 3309 West 107th Street, Chicago, IL.

3. Paragraph E of the debtors' Chapter 13 Plan provides that the Chapter 13 Trustee shall pay Wells Fargo Bank, N.A. $10,000.00 over the life of the Chapter 13 Plan.

4. However, the actual pre-petition mortgage arrears of Wells Fargo Bank, N.A. total $14,684.21 which is greater than the amount provided for in Paragraph E of the debtors' Chapter 13 Plan.

5. Plan paragraph B(2)(b) and (c) the debtors' Chapter 13 plan impermissibly modifies the independent valid contractual rights

of the mortgage holder pertaining when and how costs of collection for post-petition obligations may be assessed, allowed, and/or reimbursed by the debtors' under the plan. See, 11 U.S.C. Sec. 1322(b).

6. The debtors' Chapter 13 Plan, by not properly paying the allowed, secured Proof of Claims filed by Wells Fargo Bank, N.A., impermissibly modifies the rights of Wells Fargo Bank, N.A., which is secured only be a mortgage lien on the real estate which is the debtors' principal residence. 11 U.S.C. Sec. 1322(b)(2).

7. The debtors' Chapter 13 Plan, by not properly paying the allowed, secured, Proof of Claim filed by Wells Fargo Bank, N.A., does not "provide for the curing" of the pre-petition mortgage arrears of Wells Fargo Bank, N.A. 11 U.S.C. Sec. 1322(b)(5).

8. A Proof of Claim "is deemed allowed, unless a party in interest objects" to it. 11 U.S.C. Sec.502.

9. No party in interest has filed an Objection to the Proof of Claim filed by Wells Fargo Bank, N.A.

10. Any potential required waiver of properly assessable post-petition servicing fees and costs violates Wells Fargo Bank, N.A. non-modifiable rights as determined by the security instruments and non-bankruptcy law.

11. Wells Fargo Bank, N.A. has incurred reasonable fees as a result of this Objection.

WHEREFORE, Wells Fargo Bank, N.A. respectfully prays that Confirmation of the debtors' Chapter 13 Plan be denied and for such other and further relief as this Honorable Court deems just.

                                Respectfully Submitted,
                                Wells Fargo Bank, N.A.

                                <u>/s/Lydia Y. Siu</u>
                                Lydia Y. Siu
                                ARDC#6288604

                                Pierce and Associates, P.C.
                                1 North Dearborn
                                Suite 1300
                                Chicago, Illinois 60602
                                (312)346-9088